*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Patrick H. Clune* and *Herman N. Harcourt* of counsel), for motion.

*John P. Smith,* in person, opposed.

Motion granted and appeal dismissed on the ground that no substantial constitutional question is involved and that no appeal lies as of right.

In the Matter of the Claim of LEWIS C. SMITH, Respondent. BROOKLYN BAR ASSOCIATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

Motion by claimant-respondent to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 593.)

THEODORE DRIVAS, Appellant, *v.* NICHOLAS C. LEKAS et al., Respondents, et al., Defendants.

THEODORE DRIVAS, Individually and on Behalf of All Other Stockholders of Lekas & Drivas, Inc., Similarly Situated, Appellant, *v.* NICHOLAS C. LEKAS et al., Respondents.

Submitted May 15, 1944; decided May 25, 1944.

Motion by defendant-respondent Lekas & Drivas, Inc., for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 204.)

In the Matter of the Application of OWEN M. QUINN et al., Appellants and Respondents.

ARCHER GUION, as Receiver of Taxes of the Town of Mount Pleasant, Respondent and Appellant; ELBERT T. GALLAGHER, as District Attorney of Westchester County, Respondent.

Submitted May 15, 1944; decided May 25, 1944.